**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

*Additional Counsel on Signature Page*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| IN RE NIKE, INC. SECURITIES LITIGATION | Case No. 3:24-cv-00974-AN<br><br>**STIPULATION AND ORDER SETTING DEADLINE TO FILE THE AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge: Hon. Adrienne Nelson |

## STIPULATION AND ORDER SETTING DEADLINE TO FILE THE AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE

Lead Plaintiff Caisse de dépôt et placement du Québec and Deka Investment GmbH (collectively, "Lead Plaintiff"), and Defendants Nike, Inc., John J. Donahoe II, and Matthew Friend (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate that good cause exists to request an order from the Court setting forth the schedule for the filing of Lead Plaintiff's consolidated amended complaint and Defendants' anticipated motion to dismiss, as defined below.

WHEREAS, shareholders of Nike, Inc. filed two securities class actions against Defendants alleging violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, which are captioned as *City Pension Fund for Firefighters and Police Officers in the City of Pembroke Pines v. Nike, Inc., et al.*, 3:24-cv-00974-AN (D. Or.) and *Mehta v. Nike, Inc., et al.*, No. 3:24-cv-01150-AN (D. Or.).

WHEREAS, Defendants have been served the initial complaints and summonses in these two actions, *see Pembroke,* 3:24-cv-00974, ECF Nos. 5-7; *Mehta,* 3:24-cv-01150, ECF Nos. 4-6.

WHEREAS, pursuant to a Stipulation and Order filed with this Court on August 8, 2024 (ECF No. 11), the Court consolidated these two actions under the caption of *In re Nike, Inc. Securities Litigation*, No. 3:24-cv-00974-AN (D. Or.) ("Consolidated Action"), and further ordered that, within fourteen (14) days after the entry of an order appointing Lead Plaintiff and Lead Counsel, the Lead Plaintiff and Defendants must submit a proposed schedule for the filing of a consolidated amended complaint and Defendants' response thereto. *See* ECF No. 11 at 4-5.

1

STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO FILE THE AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE
Case No. 3:24-cv-00974-AN

WHEREAS, on October 25, 2024, the Court appointed Caisse de dépôt et placement du Québec and Deka Investment GmbH as Lead Plaintiff and Labaton Keller Sucharow LLP as Lead Counsel, with Stoll Stoll Berne Lokting & Shlachter P.C. serving as liaison counsel. *See* ECF No. 42.

WHEREAS, the Parties have conferred and jointly submit the following stipulation and proposed order.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, subject to Court approval, that:

1. Lead Plaintiff shall have ninety (90) days from the date that this Stipulation and Proposed Order is entered by the Court to file a consolidated amended complaint;

2. Defendants shall answer, move against, or otherwise respond to the consolidated amended complaint, which shall be the operative complaint in the Consolidated Action, within ninety (90) days after the Lead Plaintiff files a consolidated amended complaint;

3. Lead Plaintiff shall have ninety (90) days to oppose any motion(s) Defendants may file to dismiss the amended consolidated complaint; and

4. Defendants' replies shall be due forty-five (45) days after the filing of Lead Plaintiff's opposition papers.

DATED: November 8, 2024                Respectfully submitted,

/s/ *Irina Vasilchenko*
Irina Vasilchenko

**LABATON KELLER SUCHAROW LLP**
Carol C. Villegas (*pro hac vice*)
cvillegas@labaton.com
Irina Vasilchenko (*pro hac vice*)
ivasilchenko@labaton.com

2

STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO FILE THE AMENDED COMPLAINT
AND MOTION TO DISMISS BRIEFING SCHEDULE
Case No. 3:24-cv-00974-AN

Matthew J. Grier (*pro hac vice*)
mgrier@labaton.com
Emily N. Gault (*pro hac vice*)
egault@labaton.com
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Lead Plaintiff and Lead Counsel for the Proposed Class*

**DRRT**
Joseph Gulino (*pro hac vice* forthcoming)
jgulino@drrtcom
340 West Flagler Street, 2nd Floor
Miami, Florida 33130
Telephone: (305) 760-8030
Facsimile: (305) 760-8030

*Additional Counsel for Deka Investment GmbH*

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Timothy S. DeJong, OSB No. 940662
tdejong@stollberne.com
Keith A. Ketterling, OSB No. 913368
kketterling@stollberne.com
Cody Berne, OSB No. 142797
cberne@stollberne.com
209 Southwest Oak Street, Suite 500
Portland, OR 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840

*Liaison Counsel for Lead Plaintiff and the Proposed Class*

3

STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO FILE THE AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE
Case No. 3:24-cv-00974-AN

DATED:  November 8, 2024　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ *B. John Casey*
　　　　　　　　　　　　　　　　　　　　B. John Casey

　　　　　　　　　　　　　　　　　　　　**STOEL RIVES LLP**
　　　　　　　　　　　　　　　　　　　　B. John Casey, OSB No.120025
　　　　　　　　　　　　　　　　　　　　760 SW Ninth Avenue, Suite 3000
　　　　　　　　　　　　　　　　　　　　Portland, OR  97205
　　　　　　　　　　　　　　　　　　　　Telephone:  503.224.3380
　　　　　　　　　　　　　　　　　　　　Facsimile:  503.220.2480
　　　　　　　　　　　　　　　　　　　　john.casey@stoel.com

　　　　　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　　　　　Brian M. Lutz *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　One Embarcadero Center Suite 2600
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-3715
　　　　　　　　　　　　　　　　　　　　Telephone: 415.393.8379
　　　　　　　　　　　　　　　　　　　　Facsimile: 415.374.8474
　　　　　　　　　　　　　　　　　　　　blutz@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　Jessica Valenzuela *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Jeff Lombard *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　310 University Avenue
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94301-1744
　　　　　　　　　　　　　　　　　　　　Telephone: 650.849.5340
　　　　　　　　　　　　　　　　　　　　jvalenzuela@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　jlombard@gibsondunn.com


　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Nike, Inc., John J. Donahoe II, and Matthew Friend*

4

STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO FILE THE AMENDED COMPLAINT
AND MOTION TO DISMISS BRIEFING SCHEDULE
Case No. 3:24-cv-00974-AN

PURSUANT TO STIPULATION, IT IS ORDERED.

DATED: November 12, 2024.

_____
Hon. Adrienne Nelson

5

STIPULATION AND [PROPOSED] ORDER SETTING DEADLINE TO FILE THE AMENDED COMPLAINT
AND MOTION TO DISMISS BRIEFING SCHEDULE
Case No. 3:24-cv-00974-AN